**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)         Case Number **09–36500–KRH**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 10/6/09 and was converted to a case under chapter 7 on 5/13/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Carlos Armando Martinez
8216 Adrian Drive
Henrico, VA 23294

| | |
|---|---|
| Case Number:  09–36500–KRH<br>Office Code:  3 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–8593 |
| Attorney for Debtor(s) (name and address):<br>Nnika E. White<br>Law Offices of White and Associates<br>9101 Midlothian Turnpike<br>Suite 800<br>Richmond, VA 23235<br>Telephone number:  (804) 377–9431 | Bankruptcy Trustee (name and address):<br>Bruce E. Robinson<br>P.O. Box 538<br>417 E. Atlantic Street<br>South Hill, VA 23970–0538<br>Telephone number:  (434) 447–7922 |

### Meeting of Creditors:
Date: **6/10/13**                                              Time: **02:00 PM**
Location: **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
**8/9/13**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>701 East Broad Street<br>Richmond, VA 23219 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date:  May 13, 2013 |

# EXPLANATIONS
B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                  Case No. 09-36500-KRH
Carlos Armando Martinez                                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs              Page 1 of 4                Date Rcvd: May 13, 2013
                              Form ID: B9A               Total Noticed: 88

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2013.
```
db           +Carlos Armando Martinez,    8216 Adrian Drive,    Henrico, VA 23294-4629
aty           Elizabeth L. Gunn,    Sands Anderson PC,    1111 East Main Street, 24th Floor,    P.O. Box 1998,
               Richmond, VA   23218-1998
aty          +John David Docken,    U.S. Bancorp,    1310 Madrid St. Suite 100,    Marshall, MN 56258-4001
aty          +Michael Todd Freeman,    Samuel I. White, P.C.,    1804 Staples Mill Road,    Suite 200,
               Richmond, VA 23230-3530
aty          +Patti H. Bass,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083
aty           William A. Gray,    Sands Anderson PC,    P.O. Box 1998,    Richmond, VA   23218-1998
cr           +BAC HOME LOAN SERVICING, L.P.,    7105 Corporate Drive,    Plano, TX 75024-4100
cr           +BMW Bank of North America, Inc. Department,    P.O. Box 201347,    Arlington, TX 76006-1347
cr           +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
cr           +US Bancorp Manifest Funding Servcies,    1450 Channel Parkway,    Marshall, MN 56258-4005
cr            Welco, LLC,    c/o William A. Gray, Esquire,    Sands Anderson PC,    PO Box 1998,
               Richmond, VA   23218-1998
9223768       APX Alarm Security Solutions,    P. O. Box 30106,    Salt Lake City, UT 84130-0106
9223769      +AT&T Interactive,    Yellowpages.com,    611 N. Brand Blvd., 5th Floor,    Glendale, CA 91203-3288
9300760      +BAC Home Loan Servicing LP,    7105 Corporate Drive,    Plano, TX 75024-4100
9223777     ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
             (address filed with court: BMW Financial Services,      P. O. Box 9001065,
               Louisville, KY 40290-1065)
9223776      +BMW Financial Service,    P. O. Box 3608,    Dublin, OH 43016-0306
10186519     +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
9223778      +Business Card,    P. O. Box 15710,    Wilmington, DE 19886-5710
11283656     +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083
9223781      +Citgo Credit Center,    P. O. box 689095,    Des Moines, IA 50368
9223784      +Comcast Richmond Service,    c/o Eastern Account System,    P. O. Box 837,    Newtown, CT 06470-0837
9877407      +Davidson (BSG),    c/o JL Russell & Associates,    13700 State Road, Suite 4,
               North Royalton, OH 44133-3967
10111856      Dept of Education - Fedloan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
9223788      +Dupont Fibers FCU,    P. O. Box 72,    Chesterfield, VA 23832-0900
9223789       Dupont Fibers FCU,    P. O. Box 37040,    Richmond, VA 23234-7040
9413492      +FIA Card Services NA aka Bank of America,    By PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
9223792      +Haselman & Hunt, DDS,    10120 Robious Road,    Richmond, VA 23235-4432
9223793      +Home Depot Credit Services,    P. O. Box 689100,    Des Moines, IA 50368
9223795      +Liturgial Publications, Inc.,    4560 E. 71st Street,    Cleveland, OH 44105-5604
9223797       MSI Merchant Services,    c/o Giller Collection Mgt.,    P. O. Box 607,    Holbrook, NY 11741-0607
9223799       Richmond Times-Dispatch,    P. O. Box 27775,    Richmond, VA 23261-7775
9223801       Shell Card Center,    P. O. Box 689151,    Des Moines, IA 50368-9151
9223803       Target National Bank,    c/o Bonded Collection,    P. O. Box 1022,    Wixom, MI 48393-1022
9223804      +U.S. Bank/Manifest Funding,    P. O. Box 790448,    Saint Louis, MO 63179-0448
9410114      +US Bancorp Manifest Funding Services,    1450 Channel Parkway,    Marshall, MN 56258-4005
9495081       WACHOVIA EDUCATION FINANCIAL,    C/O ACS,    P. O. BOX 22724,    LONG BEACH, CA 90801-5724
9223805      +Wellco, LLC,    968 Switch Back Road,    Kenbridge, VA 23944-2334
9223806       West End Orthopaedic Clinic,    P. O. Box 35725,    Richmond, VA 23235-0725
9223807      +Yellow Book,    2201 Renaissance Blvd.,    King Of Prussia, PA 19406-2709
9316157      +Yellow Book Sales & Distribution Inc.,    c/o RMS Bankruptcy Recovery Serv (HB),    PO Box 5126,
               Timonium, MD 21094-5126
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          +EDI: RESURGENT.COM May 14 2013 14:00:00      Linh Kiet Tran,    2101 Fourth Ave., Suite 1030,
               Seattle, WA 98121-2317
aty           E-mail/Text: nwhite@whitelawva.com May 14 2013 02:00:49      Nnika E. White,
               Law Offices of White and Associates,    9101 Midlothian Turnpike,    Suite 800,
               Richmond, VA  23235
tr           +EDI: QBEROBINSON.COM May 14 2013 14:00:00      Bruce E. Robinson,    P.O. Box 538,
               417 E. Atlantic Street,    South Hill, VA 23970-2701
cr           +EDI: BASSASSOC.COM May 14 2013 14:00:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
cr            E-mail/Text: bknotice@ncmllc.com May 14 2013 02:06:54      National Capital Management, LLC,
               8245 Tournament Drive,   Ste. 230,    Memphis, TN 38125-1741
cr           +EDI: PRA.COM May 14 2013 14:00:00      PRA Receivables Management, LLC,    PO Box 41067,
               Norfolk, VA 23541-1067
9223770       EDI: CITICORP.COM May 14 2013 14:00:00      AT&T Universal Card,    P. O. Box 182564,
               Columbus, OH 43218-2564
9223767       EDI: AMEREXPR.COM May 14 2013 14:00:00      American Express,    P. O. Box 650448,
               Dallas, TX 75265-0448
9298388       EDI: BECKLEE.COM May 14 2013 14:00:00      American Express Bank FSB,    c/o Becket and Lee LLP,
               POB 3001,    Malvern PA 19355-0701
10538701      EDI: RESURGENT.COM May 14 2013 14:00:00      B-Line, LLC,    P.O. Box 91121,    Dept. 550,
               Seattle, WA 98111-9221
```

```
District/off: 0422-7           User: frenchs               Page 2 of 4                   Date Rcvd: May 13, 2013
                               Form ID: B9A                Total Noticed: 88


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
9223777        EDI: BMW.COM May 14 2013 14:00:00      BMW Financial Services,    P. O. Box 9001065,
                Louisville, KY 40290-1065
9223776       +EDI: BMW.COM May 14 2013 14:00:00      BMW Financial Service,    P. O. Box 3608,
                Dublin, OH 43016-0306
9223771       +EDI: BANKAMER.COM May 14 2013 14:00:00      Bank of America,    P. O. Box 21848,
                Greensboro, NC 27420-1848
9223773        EDI: BANKAMER.COM May 14 2013 14:00:00      Bank of America,    P. O. Box 15019,
                Wilmington, DE 19886-5019
9371488       +EDI: BANKAMER.COM May 14 2013 14:00:00      Bank of America, N.A.,    P. O. Box 26012,
                NC4-105-03-14,    Greensboro, NC 27420-6012
9223774       +EDI: BANKAMER.COM May 14 2013 14:00:00      Bank of America/Customer Serv.,    P. O. Box 21848,
                Greensboro, NC 27420-1848
9223775        EDI: TSYS2.COM May 14 2013 14:00:00      Barclay Card US,    P. O. Box 13337,
                Philadelphia, PA 19101-3337
9443116       +EDI: OPHSUBSID.COM May 14 2013 14:00:00      CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,
                2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
9390429        EDI: RESURGENT.COM May 14 2013 14:00:00      CR Evergreen, LLC,    MS 550,    PO Box 91121,
                Seattle, WA 98111-9221
9223779        EDI: CAPITALONE.COM May 14 2013 14:00:00      Capital One Bank,    P. O. Box 6492,
                Carol Stream, IL 60197-6492
9223780        EDI: CHASE.COM May 14 2013 14:00:00      Chase,    P. O. Box 15153,    Wilmington, DE 19886-5153
9307166        EDI: CHASE.COM May 14 2013 14:00:00      Chase Bank USA NA,    PO BOX 15145,
                Wilmington, DE 19850-5145
9223782       +E-mail/Text: cms-bk@cms-collect.com May 14 2013 03:40:44      Citibank,    c/o Capital Mgt. Serv.,
                726 Exchange Street, #700,    Buffalo, NY 14210-1464
9223783       +EDI: CITICORP.COM May 14 2013 14:00:00      Citicards,    P. O. Box 6500,
                Sioux Falls, SD 57117-6500
9223785        EDI: CRFRSTNA.COM May 14 2013 14:00:00      Credit First NA,    P. O. Box 81344,
                Cleveland, OH 44188-0344
9241041       +EDI: CRFRSTNA.COM May 14 2013 14:00:00      Credit First National Association,    Po Box 818011,
                Cleveland, OH 44181-8011
9235034        EDI: DISCOVER.COM May 14 2013 14:00:00      DISCOVER BANK,    DFS Services LLC,    PO Box 3025,
                New Albany, Ohio   43054-3025
9223787        EDI: DISCOVER.COM May 14 2013 14:00:00      Discover Card,    P. O. Box 71084,
                Charlotte, NC 28272-1084
10846664      +EDI: RESURGENT.COM May 14 2013 14:00:00      East Bay Funding, LLC,
                c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
9268794       +EDI: BANKAMER.COM May 14 2013 14:00:00      FIA CARD SERVICES, N.A.,    ATTN MR. BK,
                1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
9370056       +EDI: BANKAMER.COM May 14 2013 14:00:00      FIA CARD SERVICES, NA AS SUCCESSOR IN INTEREST TO,
                BANK OF AMERICA, NA AND MBNA AMERICA BAN,     1000 Samoset Drive,    DE5-023-03-03,
                Newark, DE 19713-6000
9223790        EDI: BANKAMER.COM May 14 2013 14:00:00      FIA Card Services,    P. O. Box 15019,
                Wilmington, DE 19886-5019
9351285        EDI: RMSC.COM May 14 2013 14:00:00      GE Consumer Finance,    For GE Money Bank,
                dba CARECREDIT/GEMB,    PO Box 960061,    Orlando FL 32896-0661
9223791        EDI: RMSC.COM May 14 2013 14:00:00      GE Money Bank,    P. O. Box 960061,
                Orlando, FL 32896-0061
9299318       +EDI: BASSASSOC.COM May 14 2013 14:00:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
9263501        EDI: IRS.COM May 14 2013 14:00:00      IRS/Insolvency Groups,    400 North 8th St., Box 76,
                Stop Room 898,    Richmond, VA 23219-0000
9223794        EDI: IRS.COM May 14 2013 14:00:00      Internal Revenue Service,    PO Box 21126,
                Philadelphia, PA   19114
9223796        EDI: RMSC.COM May 14 2013 14:00:00      Lowes,    P.O. Box 530914,    Atlanta, GA 30353-0914
9609826       +E-mail/Text: bknotice@ncmllc.com May 14 2013 02:06:55      National Capital Management, LLC.,
                8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
9574726        EDI: PRA.COM May 14 2013 14:00:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk VA 23541
9319873       +EDI: PRA.COM May 14 2013 14:00:00      PRA Receivables Management, LLC,
                As Agent Of Portfolio Recovery Assocs.,    POB 41067,    NORFOLK VA 23541-1067
11642692      +EDI: PRA.COM May 14 2013 14:00:00      Portfolio Recovery Assocs., LLC,    POB 41067,
                Norfolk, VA 23541-1067
9223798        EDI: HFC.COM May 14 2013 14:00:00      Retail Services,    P. O. Box 17298,
                Baltimore, MD 21297-1298
9488760        EDI: RESURGENT.COM May 14 2013 14:00:00      Roundup Funding, LLC,    MS 550,    PO Box 91121,
                Seattle, WA 98111-9221
9223800        EDI: RMSC.COM May 14 2013 14:00:00      Sam's Club,    P. O. Box 530942,    Atlanta, GA 30353-0942
9253043       +E-mail/Text: bncmail@w-legal.com May 14 2013 05:39:42      TARGET NATIONAL BANK,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
9223802       +EDI: WTRRNBANK.COM May 14 2013 14:00:00      Target National Bank,    P.O. Box 59317,
                Minneapolis, MN 55459-0317
11640156      +E-mail/Text: bncmail@w-legal.com May 14 2013 05:39:42      Vanda, LLC,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
11742846      +EDI: BASSASSOC.COM May 14 2013 14:00:00      eCAST Settlement Corporation,
                c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
9428143        EDI: ECAST.COM May 14 2013 14:00:00      eCAST Settlement Corporation assignee of Chase,
                Bank USA NA,    POB 35480,    Newark NJ 07193-5480
```

```
District/off: 0422-7           User: frenchs              Page 3 of 4                Date Rcvd: May 13, 2013
                               Form ID: B9A              Total Noticed: 88

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                       TOTAL: 50

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr              Bank of America, N.A., successor by merger to BAC
 cr              Nationstar Mortgage, LLC
 cr*             B-Line, LLC,    P.O. Box 91121,   Dept. 550,    SEATTLE, WA 98111-9221
 cr*            +East Bay Funding, LLC,   c/o Resurgent Capital Services,    PO Box 288,
                  GREENVILLE, SC 29602-0288
 cr*            +Portfolio Recovery Assocs., LLC,   POB 41067,    NORFOLK, VA 23541-1067
 tee*           +Roundup Funding, LLC,    MS 550,   PO Box 91121,   Seattle, WA 98111-9221
 cr*            +Vanda, LLC,    c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
 cr*            +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
                  TUCSON, AZ 85712-1083
 9223772*        Bank of America,    P. O. Box 21848,   Greensboro, NC 27420-1848
 9624831*       +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741,
                  USA
 9871872*       +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741,
                  USA
 9223786        ##Dept of Education,    P. O. Box 9001560,   Louisville, KY 40290-1560
                                                                                         TOTALS: 2, * 9, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2013**              **Signature:**   *Joseph Speetjens*

```
District/off: 0422-7           User: frenchs              Page 4 of 4             Date Rcvd: May 13, 2013
                               Form ID: B9A              Total Noticed: 88
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2013 at the address(es) listed below:
          Bruce E. Robinson    bruce.robinsontr@gmail.com,
           therese.rogerstra@gmail.com;ruth.alexander.bka@gmail.com;brobinson@ecf.epiqsystems.com
          Elizabeth L. Gunn    on behalf of Creditor   Welco, LLC egunn@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Linh Kiet Tran    on behalf of Transferee   Roundup Funding, LLC bknotices@gmail.com
          Michael Todd Freeman    on behalf of Creditor   Nationstar Mortgage, LLC mfreeman@siwpc.com,
           ewhite@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com
          Nnika E. White    on behalf of Debtor Carlos Armando Martinez nwhite@whitelawva.com,
           nwhitecourt@gmail.com,adm.whiteandassociates@gmail.com,ycurrence@whitelawva.com,npatel@whitelawva.com,efc.whiteandassociates@gmail.com,mscott@whitelawva.com
          Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
          Patti H. Bass    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
          Robert E. Hyman    station08@ricva.net,
           notices@access13.com;station03@ricva.net;station05@ricva.net;station06@ricva.net;station07@ricva.net;station10@ricva.net;station09@ricva.net;station16@ricva.net;station11@ricva.net;station12@ricva.net;kari
          William A. Gray    on behalf of Creditor   Welco, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com

                                                                                                                TOTAL: 9